

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2019

No. 04-19-00066-CV

**IN RE ALLIED PROPERTY & CASUALTY INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

On February 1, 2019, relator filed a petition for writ of mandamus and an emergency motion for stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than February 20, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED. The trial court's January 24, 2019 Order on plaintiffs' motion to compel is STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on February 4, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CV-02309, styled *Lois Morris and Gregory Morris v. Shahariar Hassan*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.